433 A.2d 120

Nedbaletz v. Urbano, etc., Appellant.

Reargument Denied May 27, 1981.

Argued April 11, 1979. John W. Jordan, IV, for appellant; Michael A. Della Vecchia, for appellee.

Before SPAETH, WATKINS and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 120

Polito v. Polito, Appellant.

Submitted November 16, 1979. Karen M. Baskin, for appellant; R. H. Somerton, for appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.